```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :       INDICTMENT
        - v. -                      :
                                    :       08 Cr.
SAMUEL DEJESUS CARRANZA-MARTINEZ    :
    a/k/a "Samuel Carranza-Martinez":
    a/k/a "Samuel Carranza"         :
    a/k/a "Samuel DeJesus Capranza," :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - - x
```

**ORIGINAL**

08 CRIM. 0726

### COUNT ONE

The Grand Jury charges:

In or about July 2008, in the Southern District of New York and elsewhere, SAMUEL DEJESUS CARRANZA-MARTINEZ a/k/a "Samuel Carranza-Martinez," a/k/a "Samuel Carranza," a/k/a "Samuel DeJesus Capranza," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States on or about December 22, 2003, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about October 15, 1999, in Harrison Town Court, New York, for attempted rape in the third degree, in violation of New York Penal Law 110/130.25, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____           _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED